1  BURGOYNE LAW GROUP
   Henry M. Burgoyne, III (SBN 203748)
2  870 Market Street, Suite 985
3  San Francisco, CA 94102
   Telephone: (415) 795-4070
4  Fax: (415) 680-2335
   Hank@BurgoyneLawGroup.com
5
   Attorney for Plaintiffs and Counterclaim-Defendants
6  BASKARAN MANIVANNAN;
   SURYANARAYANA MANGIPUDI; and
7  CHERYL EHLMAN

8

9                 UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

11

12 BASKARAN MANIVANNAN;                      CASE NO. 4:14-cv-05602-KAW
   SURYANARAYANA MANGIPUDI; and
13 CHERYL EHLMAN,                            **STIPULATION AND [PROPOSED] ORDER
                                             OF DISMISSAL WITH PREJUDICE**
14         Plaintiffs,
       v.
15
   CLYPIT, INC., dba CLYP,
16 CLYPTECH.com, CLYPMEDIA.com,

17         Defendant.
   --------------------------------------------------------
18 CLYPIT, INC., dba CLYP,
   CLYPTECH.com, CLYPMEDIA.com,
19
           Counterclaim-Plaintiff,
20     v.

21 BASKARAN MANIVANNAN;
   SURYANARAYANA MANGIPUDI; and
22 CHERYL EHLMAN,

23         Counterclaim-Defendants.

24
                                 **STIPULATION**
25
       WHEREAS, Plaintiffs and Counterclaim-Defendants BASKARAN MANIVANNAN,
26
   SURYANARAYANA MANGIPUDI, and CHERYL EHLMAN (collectively "Plaintiffs") filed
27
   this action against Defendant and Counterclaim-Plaintiff CLYPIT, INC. dba CLYP,
28

CLYPTECH.com, CLYPMEDIA.com (collectively "Defendant," and with Plaintiffs, the "Parties") alleging claims for: (1) Rescission, (2) Declaratory Relief, (3) Copyright Infringement, (4) False Advertising, (5) Unflair Competition, (6) Misappropriation of Trade Secrets, and (7) False Advertisement and Unfair Competition under Lanham Act.

WHEREAS, Defendant and Counterclaim-Plaintiff CLYPIT, INC. dba CLYP, CLYPTECH.com, CLYPMEDIA.com filed a counterclaim seeking an order adjudicating Copyright Registration No. TXu001916069, obtained by Plaintiffs from the United States Copyright Office, to be invalid and unenforceable due to procurement by fraud.

WHEREAS, the Parties have entered into a written settlement agreement, by which all Parties have agreed to release their claims and counterclaims.

THEREFORE, PLAINTIFFS AND DEFENDANT HEREBY STIPULATE, by and through their respective counsel of record to dismiss the above-captioned matter with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: 9/15/2015     BURGOYNE LAW GROUP

          /s/Henry M. Burgoyne
     Henry M. Burgoyne, III
     Counsel for Plaintiffs

Dated: 9/15/2015     LAW OFFICES OF THOMAS V. CHRISTOPHER

          /s/ Thomas V. Christopher
     Thomas V. Christopher
     Counsel for Defendant

Case No.: 4:14-cv-05602-KAW     STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

## ORDER

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own attorneys' fees and costs.

Dated: 9/18/15

_____
MAGISTRATE JUDGE KANDIS A. WESTMORE